UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEILA A. BOYETTE, ET AL.,

               Plaintiffs,

    - against -

MONTEFIORE MEDICAL CENTER, ET AL.,

              Defendants.

22-cv-5280 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to serve the summons and complaint is extended to October 3, 2022. If the plaintiffs fail to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for September 14, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
            September 7, 2022

                                        John G. Koeltl
                                United States District Judge