```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------
SHEILA A. BOYETTE, ET AL.,

                     Plaintiffs,

    - against -

MONTEFIORE MEDICAL CENTER, ET AL.,

                     Defendants.
---------------------------------------

22-cv-5280 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiffs may file an amended complaint by **February 24, 2023**. The defendants may answer or move to dismiss the amended complaint by **March 31, 2023**. If the defendants choose to file a motion to dismiss, the plaintiffs may respond by **April 28, 2023**. The defendants may reply thereafter by **May 15, 2023**.

SO ORDERED.

Dated:    New York, New York
            January 10, 2023

                                           _____
                                               John G. Koeltl
                                       United States District Judge