```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SHEILA A. BOYETTE, ET AL.,

              Plaintiffs,

- against -

MONTEFIORE MEDICAL CENTER, ET AL.,

              Defendants.

22-cv-5280 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide courtesy copies of the pending fully briefed motion to dismiss (ECF No. 35).

SO ORDERED.

Dated:   New York, New York
           June 6, 2023

                                  John G. Koeltl
                             United States District Judge