UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHEILA A. BOYETTE, ET AL.,

                Plaintiffs,

    - against -

MONTEFIORE MEDICAL CENTER, ET AL.,

               Defendants.

22-cv-5280 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for leave to file the third amended complaint. ECF No. 55.

SO ORDERED.

Dated:    New York, New York
           February 13, 2024

                                              John G. Koeltl
                                     United States District Judge