```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

SHEILA A. BOYETTE,

            Plaintiff,         22-cv-5280 (JGK)

  - against -               <u>ORDER</u>

MONTEFIORE MEDICAL CENTER, ET AL.,

            Defendants.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The Clerk is respectfully requested to close this case.

SO ORDERED.

Dated:    New York, New York
          February 11, 2025

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                       United States District Judge